# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

350 Northern Boulevard, Albany, New York 12204

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Diane Davis, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

November 20, 2008

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re: 02-17250        Joan H. McKnight

To Whom It May Concern:

Enclosed please find check #916852 in the amount of $144.09. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.        Debtor Refund

    Account#

    Address         Joan H. McKnight
                       511 Charles Street
                       Scotia, NY 12302

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli